1  STEPHENSON, ACQUISTO & COLMAN
2  JOY Y. STEPHENSON, ESQ.  (SBN 113755)
   BARRY SULLIVAN, ESQ.    (SBN 136571)
3  VIOLA RITA BROWN        (SBN 204681)
4  303 N. Glenoaks Blvd., Suite 700
   Burbank, CA 91502
5
   Telephone:  (818) 559-4477
6  Facsimile:  (818) 559-5484
7
   Attorneys for Plaintiff
8  CALIFORNIA PACIFIC REGIONAL MEDICAL
   CENTER, a California non-profit public benefit
9  corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL ALLIED WORKERS INSURANCE TRUST FUND, a voluntary employees benefit association pursuant to 26 U.S.C. §501(c)(9), AND DOES 1 THROUGH 25,<br><br>Defendants. | Case No.:   CV091018 (MHP)<br><br>STIPULATON TO AMEND COMPLAINT AND [PROPOSED] ORDER |

////

////

IT IS HEREBY STIPULATED by and between the parties to this action through their counsel that:

1. Plaintiff will file a First Amended Complaint adding THE NATIONAL ALLIED WORKERS UNION INSURANCE TRUST FUND, a voluntary employees benefit association pursuant to 26 U.S.C. §501(c)(9) as a defendant in the above-captioned matter;

2. Defendant JOSE M. GARZA, an individual in his capacity as Trustee of the National Allied Worker's Insurance Trust Fund will be dismissed from the above-captioned action without prejudice.

3. Defendant THE NATIONAL ALLIED WORKERS UNION INSURANCE TRUST FUND'S attorneys will accept services of Plaintiff's First Amended Complaint.

SO STIPULATED.

Dated:

STEPHENSON, ACQUISTO & COLMAN

---

VIOLA RITA BROWN
Attorneys for
CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER, a California non-profit public benefit corporation

Dated:

LABER, MUCHIN, DOWBROW,
BECKER, LEVIN AND TOMINBERG,
LTD.

ROBERT H. BROWN
Attorneys for
JOSE M. GARZA AND THE NATIONAL
ALLIED WORKERS UNION
INSURANCE TRUST FUND

~~[PROPOSED] ORDER~~

Having read the forgoing Stipulation of the parties, and good cause appearing therefore it is so ordered

Dated: 9/23/2009

MAR~~ILYN~~
UNI~~TED~~

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 18 September 2009, I served the foregoing document(s) entitled:

STIPULATION TO AMEND COMPLAINT AND [PROPOSED] ORDER

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[XX] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ] BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ] BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ] BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

[XX] State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

| | | |
|---|---|---|
| 1 | [ ] | Federal: I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

*(signature)*

CONSUELO MARQUEZ

## SERVICE LIST

LANER MUCHIN DOMBROWN BECKER LEVIN AND TOMINBERG LTD.
ROBERT H. BROWN, ESQ.
515 North State Street
Chicago, IL 60610