STEPHENSON, ACQUISTO & COLMAN
JOY Y. STEPHENSON, ESQ. (SBN 113755)
BARRY SULLIVAN, ESQ.   (SBN 136571)
GARY L. LAHENDRO, ESQ. (SBN 169033)
VIOLA RITA BROWN, ESQ. (SBN 198372)
303 N. Glenoaks Blvd., Suite 700
Burbank, CA 91502

Telephone: (818) 559-4477
Facsimile:  (818) 559-5484

Attorneys for Plaintiff
CALIFORNIA PACIFIC REGIONAL MEDICAL
CENTER, a California non-profit public benefit
corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA PACIFIC REGIONAL MEDICAL CENTER, a California non-profit public benefit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL ALLIED WORKERS INSURANCE TRUST FUND, a voluntary employees benefit association pursuant to 26 U.S.C. §501(c)(9), AND DOES 1 THROUGH 25,<br><br>Defendants. | Case No.:   CV 09-1018 (MHP)<br><br>Assigned for all purposes to:<br>Hon. Marilyn Hall Patel<br>Courtroom 15<br><br>**[PROPOSED] ORDER Re: CONDITIONAL DISMISSAL** |

**ORDER**

It is hereby ordered that the Order Re: Conditional Dismissal be continued to May 7, 2010.

IT IS SO ORDERED.

Dated: __3/4/2010___                    By _____
                                              Hon. Judge Marilyn H. Patel
                                              United States District Court
                                              For the Northern District
                                              of California

*IT IS SO ORDERED* (stamp, signed by Judge Marilyn H. Patel)

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | |
| 3 | I am employed in the county of Los Angeles, State of California. I am |
| 4 | over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 3 |
| 5 | March 2010, I served the foregoing document(s) entitled: |
| 6 | **[PROPOSED] ORDER Re: CONDITIONAL DISMISSAL** |
| 7 | by placing a true copy thereof enclosed in a sealed envelope addressed per the |
| 8 | attached Service List. |
| 9 | [X]   BY MAIL: I am "readily familiar" with the firm's practice of collection and |
| 10 | processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with |
| 11 | postage thereon fully prepaid at Burbank, California in the ordinary course |
| 12 | of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more |
| 13 | than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); |
| 14 | F.R.C.P. 5(b)] |
| 15 | [ ]   BY FEDERAL EXPRESS: I caused such envelope(s), with overnight |
| 16 | Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on |
| 17 | the aforementioned date. [C.C.P. 1013(c) 1013(d)] |
| 18 | [ ]   BY PERSONAL SERVICE: I caused the above-stated document(s) to be |
| 19 | served by personally delivering a true copy thereof to the individuals identified above.   [C.C.P. 1011(a); F.R.C.P. 5(b)] |
| 20 | |
| 21 | [ ]   BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a |
| 22 | facility operated by the U.S. Postal Service and regularly maintained for the |
| 23 | receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)] |
| 24 | [ ]   BY TELECOPIER: Service was effected on all parties at approximately 0:00 am/pm by transmitting said document(s) from this firm's facsimile |
| 25 | machine (818/559-5484) to the facsimile machine number(s) shown above. |
| 26 | Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had |
| 27 | been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. |
| 28 | Proc. Code § 1013(e). |

1  [ ]  BY ELECTRONIC SERVICE: By emailing true and correct copies to the
2       persons at the electronic notification address(es) shown on the
        accompanying service list. The document(s) was/were served electronically
3       and the transmission was reported as complete and without error.

4  [ ]  State: I declare under penalty of perjury under the laws of the State of
5       California that the above is true and correct.

6  [X]  Federal: I declare that I am employed in the office of a member of the bar of
7       this court at whose direction the service was made.

8  Executed on 3 March 2010 in Burbank, California.

                                    _____
                                    VALENCIA WILSON

## SERVICE LIST

Rebecca A. Hull, Esq.
Sedgwick, Detert, Moran & Arnold LLP
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105

Robert H. Brown, Esq.
Laner, Muchin, Dombrown, Becker,
Levin and Tominberg LTD.
515 North State Street
Chicago, IL 60610